# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – GENERAL

Case No. SACV 22-00751-CJC (JDEx)                     Date: August 10, 2022

Title: <u>ROBERT M. HAROUTOONIAN V. NEWREZ LLC ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Rolls Royce Paschal</u> | <u>   N/A   </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                      None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO SUBSTITUTE A PARTY**

On July 28, 2022, Defendants in this action filed a document with the Court entitled "Suggestion of Death." (Dkt. 32.) There, Defendants explain that Plaintiff's wife, Eureka Haroutoonian, informed Defendants' counsel on July 27, 2022 that Plaintiff had sadly passed away on June 19, 2022. (*Id.*) Plaintiff, whom proceeded in this action pro se, alleged that Defendants improperly foreclosed on a property Plaintiff owned after he defaulted on his mortgage payments. (*See* Dkt. 1-1 [State Court Complaint].) Though the allegations are serious, this action cannot continue unless and until this Court issues an order substituting a proper party. *See* Fed. R. Civ. P. 25(a)(1) ("If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."); *Hilao v. Estate of Marcos*, 103 F.3d 762, 766 (9th Cir. 1996) (explaining that if a party dies and the claim is not extinguished by applicable substantive law, the court may order substitution of the decedent by a "proper party"). Failure to timely file a motion for substitution is grounds for dismissal. *See* Fed. R. Civ. P. 25(a)(1).

Accordingly, Defendants are **DIRECTED** to serve this order on Plaintiff's presumed successor in interest, Eureka Haroutoonian, by **Wednesday, August 17, 2022**. Defendants must file a proof of service with the Court by the same date. If Plaintiff's

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 22-00751-CJC (JDEx)             Date:  August 10, 2022
                                              Page 2

---

successor in interest fails to file a motion to substitute a party in this case by **Monday, September 12, 2022**, this Court will dismiss the action for failure to substitute a party. Once Defendants effect service and file a proof of service with the Court, they need not take further action to discharge their obligations pursuant to this order.

as
MINUTES FORM 11
CRIM-GEN                                      Initials of Deputy Clerk RRP