JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 22-00751-CJC (JDEx)                               Date:  February 9, 2023

Title: <u>EUREKA HAROUTOONIAN V. NEWREZ LLC ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Rolls Royce Paschal</u>                         <u>     N/A     </u>
Deputy Clerk                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                         None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE**

In this case, Plaintiff Eureka Haroutoonian, proceeding *pro se*, brings claims against Defendants arising out of the assignment of a Deed of Trust securing a loan on her home.  (Dkt. 39 [First Amended Complaint, hereinafter "FAC"].)  On January 10, 2023, the Court granted Defendants' motion to dismiss the FAC for failure to state a claim.  (Dkt. 48.)  The Court informed Plaintiff that failure to file an amended complaint by February 6, 2023, would result in the dismissal of her claims with prejudice.  (*Id*. at 12.)  Plaintiff has not filed an amended complaint.  Accordingly, Plaintiff's FAC is hereby **DISMISSED WITH PREJUDICE**.

qr

MINUTES FORM 11
CIVIL-GEN                                                                            Initials of Deputy Clerk rrp